IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SPENCER ROBERT RICE,<br><br>Defendant. | CR 15–15–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Petition and Vacate Hearing.  (Doc. 61.)  The motion states that Defendant Spencer Robert Rice has complied with the directives of his probation officer and conditions of release since the revocation hearing held on November 21, 2021.  (*Id.* at 1.)  Mr. Rice's counsel does not object.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 61) is GRANTED. The petition (Doc. 45) is DISMISSED, and the dispositional hearing set for July 12, 2023 is VACATED.

IT IS FURTHER ORDERED that Mr. Rice remains subject to the conditions of supervised release previously imposed by this Court.  (*See* Doc. 40.)

DATED this 11th day of July, 2023.

*[signature: Dana L. Christensen]*

Dana L. Christensen, District Judge
United States District Court

1